IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

VS.                                         CRIMINAL NO. 3:05cr186WHBJCS

JACKIE H. TAYLOR

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Count 2 of the Criminal Indictment against the defendant, JACKIE H. TAYLOR.

                                              DUNN LAMPTON
                                              United States Attorney

Date: October 3, 2006            s/ H. Colby Lane
                                    By:    H. COLBY LANE
                                                Assistant U.S. Attorney
                                                Mississippi Bar No. 99617

Leave of Court is granted for the filing of the foregoing dismissal of Count 2.

ORDERED this 4th day of October, 2006.

                                              s/William H. Barbour, Jr.
                                              UNITED STATES DISTRICT JUDGE